# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>CHALO ALBERTO PONCE<br><br>Date of Original Judgment: 08/06/2012<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 2:11-CR-90<br>USM No: _____<br><br>Jonathan A. Moffatt<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___390___ months **is reduced to** ___384 months___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___08/06/2012___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___08/27/2019___

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

J. Ronnie Greer, United States District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: CHALO ALBERTO PONCE
CASE NUMBER: 2:11-CR-90
DISTRICT: Eastern District of Tennessee

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 17 | Amended Total Offense Level: 15 | |
| Criminal History Category: V | Criminal History Category: V | |
| Previous Guideline Range: 46 to 57 months | Amended Guideline Range: 37 to 46 months | |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

The defendant filed a motion to reduce pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. Amendments 782 and 788, [Doc. 230]. The motion is GRANTED. See Memorandum Opinion for details.